# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Susan D. | U.S. Bankruptcy Court, GA-S | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

P. O. Box 31267
Augusta, Georgia 30903

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Hill Properties, LLC |
| 2. | Partner | Family Partnership |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute, Inc. | March 22-24, 2012 | Atlanta, Georgia | Seminar | Registration, Meals and Educational Materials |
| 2. | Coastal Bankruptcy Law Institute, Inc. | April 19-20, 2012 | Savannah, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 3. | National Bankruptcy Training Institute | May 8, 2012 | Columbia, South Carolina | Seminar | Mileage, Parking and Meals |
| 4. | GA Network International Women's Insolvency & Confederation | September 18-19, 2012 | Atlanta, Georgia | Chief Judges Panel | Lodging and Meals |
| 5. | State Bar of Georgia, Bankruptcy Law Section | November 29-30, 2012 | Greensboro, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Wells Fargo Bank f/k/a Wachovia Bank, National Association | Deed to Secure Debt on Rental Property (Richmond County, GA) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Checking | A | Interest | K | T | | | | | |
| 2. Suntrust Money Market | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. BROKERAGE ACCT.#1 SCHWAB | | | | | | | | | |
| 5. -SCHWAB US TREAS MONEY FD SWEEP (SWUXX) | A | Dividend | K | T | | | | | |
| 6. | | | | | Buy (add'l) | 01/04/12 | K | | |
| 7. | | | | | Redeemed (part) | 01/10/12 | K | | See Part VIII |
| 8. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 9. | | | | | Redeemed (part) | 03/02/12 | K | | See Part VIII |
| 10. | | | | | Redeemed (part) | 03/08/12 | J | | See Part VIII |
| 11. | | | | | Redeemed (part) | 03/27/12 | K | | See Part VIII |
| 12. | | | | | Buy (add'l) | 04/03/12 | L | | |
| 13. | | | | | Redeemed (part) | 04/12/12 | K | | See Part VIII |
| 14. | | | | | Redeemed (part) | 04/20/12 | K | | See Part VIII |
| 15. | | | | | Buy (add'l) | 05/02/12 | J | | |
| 16. | | | | | Redeemed (part) | 06/08/12 | J | | See Part VIII |
| 17. | | | | | Buy (add'l) | 06/25/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/03/12 | J | | |
| 19. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 20. | | | | | Redeemed (part) | 09/10/12 | J | | See Part VIII |
| 21. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 22. | | | | | Buy (add'l) | 10/02/12 | K | | |
| 23. | | | | | Redeemed (part) | 10/19/12 | K | | See Part VIII |
| 24. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 25. | | | | | Redeemed (part) | 12/11/12 | J | | See Part VIII |
| 26. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 27. | | | | | | | | | |
| 28. -SCHWAB TOTAL STK MKT (SWTSX) | D | Dividend | N | T | | | | | |
| 29. UNION COUNTY GA SCH▒ | B | Interest | | | Redeemed | 10/01/12 | K | | See Part VIII |
| 30. POLK GA SCH DIST▒ | | None | | | Redeemed | 04/01/12 | K | | See Part VIII |
| 31. FLOYD COUNTY GA SCH▒ | B | Interest | L | T | | | | | |
| 32. GA STATE▒ | A | Interest | | | Redeemed | 01/01/12 | K | | See Part VIII |
| 33. DOUGLASVILLE, GA▒ | B | Interest | L | T | | | | | |
| 34. GA STATE▒ | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PHOENIX ARIZ CIV | B | Interest | L | T | | | | | |
| 36. ISHARES 2017 ETF (MUAF) | A | Dividend | L | T | | | | | |
| 37. ISHARES DJ SELECT DIV FD (DVY) | B | Dividend | L | T | | | | | |
| 38. | | | | | Buy (add'l) | 04/17/12 | K | | |
| 39. | | | | | Buy (add'l) | 10/16/12 | K | | |
| 40. ISHARES S&P US PFD FUND (PFF) | B | Dividend | K | T | | | | | |
| 41. ISHARES TR DOW JONES (IDV) | A | Dividend | K | T | | | | | |
| 42. SCH US DIV EQUITY ETF (SCHD) | C | Dividend | M | T | | | | | |
| 43. | | | | | Buy (add'l) | 01/05/12 | K | | |
| 44. | | | | | Buy (add'l) | 02/28/12 | K | | |
| 45. | | | | | Buy (add'l) | 03/22/12 | K | | |
| 46. | | | | | Buy (add'l) | 04/09/12 | K | | |
| 47. | | | | | Buy (add'l) | 09/28/12 | K | | |
| 48. | | | | | | | | | |
| 49. GABELLI FUNDS IRA (GABAX) | A | Dividend | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. BROKERAGE ACCT. #2 (SCHWAB ROLLOVER IRA) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -SCHWAB US TREAS MONEY FD MONEY MARKET (SWUXX) | A | Dividend | J | T | | | | | |
| 53. | | | | | Buy (add'l) | 02/28/12 | K | | |
| 54. | | | | | Redeemed (part) | 03/02/12 | J | | See Part VIII |
| 55. | | | | | Redeemed (part) | 03/19/12 | J | | See Part VIII |
| 56. | | | | | Buy (add'l) | 06/13/12 | K | | |
| 57. | | | | | Redeemed (part) | 07/23/12 | J | | See Part VIII |
| 58. | | | | | Redeemed (part) | 10/19/12 | J | | See Part VIII |
| 59. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 60. | | | | | Redeemed (part) | 11/13/12 | J | | See Part VIII |
| 61. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 62. -SCHWAB INTL INDEX FUND SHARES (SWISX) | | | | | Sold | 06/11/12 | K | | See Part VIII |
| 63. -SCHWAB TOTAL STK MKT (SWTSX) | B | Dividend | L | T | | | | | |
| 64. UST INFL. IDX▨ | A | Interest | K | T | | | | | |
| 65. T ROWE PRICE SHORT TERM BOND FUND (PRWBX) | A | Dividend | K | T | | | | | |
| 66. VANGUARD SHORT TERM (VBSSX) | A | Dividend | K | T | | | | | |
| 67. | | | | | Sold (part) | 11/07/12 | J | | See Part VIII |
| 68. VERMILLION BANK▨ | A | Interest | | | Redeemed | 02/25/12 | K | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SCH US DIV. EQUITY ETF (SCHD) | B | Dividend | L | T | | | | | |
| 70. | | | | | Buy (add'l) | 02/28/12 | J | | |
| 71. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 72. ISHARES S&P US PFD FUND (PFF) | B | Dividend | K | T | | | | | |
| 73. ISHARES DJ SELECT DIV FUND (DVY) | A | Dividend | K | T | | | | | |
| 74. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 75. ISHARES TR DOW JONES (IDV) | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 76. SPDR S&P BIOTECH ETF (XBI) | | None | J | T | Buy | 11/07/12 | J | | |
| 77. | | | | | | | | | |
| 78. PROCTOR & GAMBLE | A | Dividend | K | T | | | | | |
| 79. | | | | | | | | | |
| 80. MEMBERSHIP INTEREST IN HILL PROPERTIES, LLC (OWNER OF RENTAL | D | Rent | M | S | | | | | See Part VIII |
| 81. PROP. AUGUSTA, GA) | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. FAMILY INS. PSHIP (OWNS LIFE INS. POL-CASH VALUE & | | None | M | T | | | | | |
| 84. SMALL BANK ACCT. AT SUNTRUST) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | | | | | |
| 86. ▨ PERSONAL LOAN | A | Interest | J | T | | | | | See Part VIII |
| 87. | | | | | | | | | |
| 88. CO-OWNER OF A PERSONAL CHECKING ACCOUNT OF | A | Interest | J | T | | | | | |
| 89. ▨ AT SUNTRUST BANK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII (Lines 7, 9 10, 11, 13, 14, 16, 20, 23, 25, 29, 30, 32, 54, 55, 57, 58, 60, 62, 67, and 68). There is no gain to report.

Section VII (Lines 80-81) -This valuation is derived from the "fair market value" or "current value" of $140,528.00 given by the applicable Tax Commissioner's office, which the Commissioner's office confirms is the 100% valuation of the property.

Section VII (Line 86) - This is a small personal loan. the "interest" reflects a payment received on the loan.

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan D. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544